IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.                                              No. CIV 06-817 JB/CEG
                                                  No. CR 02-942 JB

LILA CASPER,

    Defendant/Movant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

    The Magistrate Judge filed her Proposed Findings and Recommended Disposition on April 26, 2007 (Doc. 9). The proposed findings notify Movant of her ability to file objections and that failure to do so waives appellate review. To date, Movant has not filed any objections, and there is nothing in the record indicating that the proposed findings were not delivered.

    Wherefore,

    IT IS HEREBY ORDERED THAT:

    I)    the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 9) are adopted;

    ii)    the amended § 2255 motion to vacate, set aside, or correct sentence (Doc. 3) is denied; and

    iii)    civil case number 06-817 JB/CEG is dismissed with prejudice.

                                                                    _____
                                                                    UNITED STATES DISTRICT JUDGE